**23cr249**
**Judge Rowland**
**Magistrate Judge Weisman**
**Randomly Assigned CAT 2**

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
4/21/2023     JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | Violations: Title 26, United States |
| v. | ) | Code, Section 7206(2) |
| | ) | |
| YAZAN ABUHARBID | ) | <u>INFORMATION</u> |

The UNITED STATES ATTORNEY charges:

1.    At times material to this information:

a.    The Internal Revenue Service was part of the United States Department of the Treasury and was responsible for, among other things, administering the tax laws of the United States, collecting income taxes, and issuing income tax refunds to eligible taxpayers.

b.    The IRS allowed taxpayers who were entitled to a refund of federal individual income taxes to claim that refund by signing and filing in person, by mailing, or by electronically filing a U.S. Individual Income Tax Form 1040 (hereafter "Form 1040").

c.    The information which Form 1040 required the taxpayer to provide included, but was not limited to, the taxpayer's name and address, social security number, filing status, number of dependents, total income for the tax year, the amount of federal income tax withheld during the tax year, and the amount of tax due or refund claimed. Depending on the circumstances and submissions of the particular taxpayer, various other schedules and forms also were required to be attached to the Form 1040.

d. The IRS considered information contained in Forms 1040 and accompanying schedules and forms in determining and issuing a tax refund. After receiving this information, the IRS issued a refund to the taxpayer if there were no outstanding tax liabilities or other federally authorized deductions on record with the IRS.

e. Defendant Yazan Abuharbid, along with his father, owned and operated multiple auto financing businesses in the Northern District of Illinois, to include Global Lead Marketing, Auto Financing for All, and Car Loan Masters.

f. In 2015, the defendant sent money, via Western Union and Moneygram, from Auto Financing for All and from Car Loan Masters to his father. In addition, the defendant's father withdrew cash from the Auto Financing for All bank account through withdrawals from ATMs. In total, in 2015, the defendant's father received $360,840 in cash from the businesses.

g. In or around March 2016, the defendant was authorized to file a tax return on behalf of his parents.

h. In or around March 2016, the defendant met with a tax return preparer in order to provide the return preparer with information necessary to prepare his parents' 2015 income tax return. The defendant failed to inform the tax return preparer about the $360,840 his father received from the businesses.

2. On or about March 26, 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

YAZAN ABUHARBID,

2

defendant herein, willfully aided and assisted in, and procured, counseled, and advised, the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, for his parents for tax year 2015, that was false and fraudulent as to a material matter, in that the defendant knew that the total income reported on Line 22 was $18,004, when defendant knew that the total income substantially exceeded that amount.

In violation of Title 26, United States Code, Section 7206(2).


UNITED STATES ATTORNEY