UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   23 CR 249 |
| v. | ) | |
| | ) | Judge Mary Rowland |
| YAZAN ABUHARBID | ) | |
| | ) | |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant YAZAN ABUHARBID, by his attorneys, THOMAS A. DURKIN and THOMAS W. LYNCH, , respectfully submit this Joint Status Report.

On or about April 21, 2023, the defendant was charged by Information with one count of aiding and abetting the filing of a false income tax return, in violation of Title 26, United States Code, Section 7206(2).  On June 5, 2023, the defendant was arraigned at which time he pled not guilty, executed a waiver of indictment, and was released on bail.

The government has provided the defendant with all of the relevant discovery with the exception of approximately nine FBI serials. The government anticipates providing those serials in the near future.

The parties have preliminarily agreed to a written plea agreement and anticipate requesting a change of plea date at the July 25, 2023, status conference. The defendant has no objection to excluding time in the interest of justice in order to allow the defendant to review the discovery and for the parties to finalize plea discussions.

                                            Respectfully submitted,

                                            MORRIS PASQUAL
                                            Acting United States Attorney

By:   */s/ Barry Jonas*
      BARRY JONAS
      MELONY WELLS
      Assistant U.S. Attorney
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      (312) 353-5300

      */s/Thomas A. Durkin*
      THOMAS A. DURKIN
      Durkin & Roberts
      209 S. LaSalle St.
      Suite 950
      Chicago, Illinois 60604
      312-913-9300
      *Attorney for Defendant*

      */s/Thomas W. Lynch*
      THOMAS W. LYNCH, P.C.
      9231 S. Roberts Road
      Hickory Hills, IL 0457
      708-642-2584