# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           Case No.: 1:23–cr–00249

                                                           Honorable Mary M. Rowland

Yazan Abuharbid

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2023:

      MINUTE entry before the Honorable Mary M. Rowland as to Yazan Abuharbid: In person status hearing held. The Government reported additional discovery has been produced. Parties are ready to set a change of plea. The Government shall send a proposed plea agreement to the court's proposed order mailbox at Proposed_Order_Rowland@ilnd.uscourts.gov by 9/14/23. In person change of plea set for 9/20/23 at 1:00 PM. Without objection, time is excluded through 9/20/2023 under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A). Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.